IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Debby J. Rios, | Case No. 3:08 CV 1982 |
| Plaintiff, | MEMORANDUM OPINION AND ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Debby Rios filed a Complaint (Doc. No. 1) against the Commissioner of Social Security seeking judicial review of the Commissioner's decision to deny supplemental security income benefits (SSI). This case was referred to a Magistrate Judge for a Report and Recommendation (R&R) in accordance with Local Rule 72.2(b)(1).

Following briefs on the merits from both parties, the Magistrate filed the R&R (Doc. No. 22) recommending the case be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g)[1] to assess Plaintiff's credibility, residual functional capacity, and ability to work considering all relevant vocational factors. Neither party objected to the R&R.

---

[1] Sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), states: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

Upon review, this Court finds the R&R to be well-founded and supported by the record. The Court therefore adopts the R&R in its entirety. Accordingly, this case is remanded to the Commissioner for further proceedings as described in the R&R.

IT IS SO ORDERED.

                                                                                     s/ *Jack Zouhary*  
                                                                               JACK ZOUHARY  
                                                                               U. S. DISTRICT JUDGE

                                                                               August 26, 2009